UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSLEY OTUYA,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN, FCI-MENDOTA,<br><br>            Respondent. | No.  1:22-cv-01615-ADA-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 15) |

    Petitioner Kingsley Otuya is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 4, 2023, the assigned Magistrate Judge issued findings and recommendations to grant Respondent's motion to dismiss.  (ECF Nos. 13, 15.)  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id*.)  The findings and recommendations were returned by the U.S. Postal Service on May 16, 2023, as "undeliverable, unable to forward."  *See Docket*.  The Court ordered Petitioner to file a Notice of Change of Address by July 24, 2023.  *Id*.  As of the date of this order, Petitioner has not complied.  *Id*.  Thus, no objections have been filed, and the deadline to do so has expired.

///

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

In the event a notice of appeal is filed, a certificate of appealability will not be required because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).

Accordingly, IT IS SO ORDERED:

1. The findings and recommendations issued on May 4, 2023 (ECF No. 15), are ADOPTED in full;
2. The Court GRANTS Respondent's motion to dismiss (ECF No. 13);
3. The Court DISMISSES the petition for writ of habeas corpus WITH PREJUDICE;
4. The Clerk of Court is directed to enter judgment and close the case; and
5. In the event a notice of appeal is filed, no certificate of appealability is required.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   September 18, 2023

UNITED STATES DISTRICT JUDGE